UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASCADE MARITIME RESOURCES LLC,<br><br>Plaintiff,<br><br>v.<br><br>INDUSTRIAL POWER SUPPLY INC, d/b/a SKAGIT HYDRAULICS,<br><br>Defendant. | CASE NO. 2:20-cv-00059-RAJ-BAT<br><br>**ORDER EXTENDING DEADLINES** |

The parties have stipulated to extend the Court's deadlines set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 8). Dkt. 11. Accordingly, it is **ORDERED**:

1) The Fed R. Civ. P 26(a)(1) Initial Disclosures is extended to **March 27, 2020**; and

2) The deadline for filing the Joint Status Report and Discovery Plan is extended to **April 3, 2020**.

DATED this 2nd day of March, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER EXTENDING DEADLINES - 1